**Fill in this information to identify the case:**

Debtor 1 Antonio Altieri

Debtor 2

United States Bankruptcy Court for the: Southern District of Florida

Case number : 26-14953-RAM

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** **NewRez LLC**

**Court claim no.** (if known): **21**

**Last 4 digits** of any number you use to identify the debtor's account: **2655**

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

[X] No

[ ] Yes. Date of the last notice.

**Part 1:** Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | Amount |
|---|---|---|
| Late Charges | | $0.00 |
| Non-sufficient funds (NSF) fees | | $0.00 |
| Attorney Fees | | $0.00 |
| Filing fees and court costs | | $0.00 |
| Bankruptcy/Proof of claim fees | 10/01/2026 | $175.00 |
| Appraisal/Broker`s price opinion fees | | $0.00 |
| Property Inspection Fees | | $0.00 |
| Tax Advances (Non-Escrow) | | $0.00 |
| Insurance Advances (Non-Escrow) | | $0.00 |
| Property preservation expenses. Specify: | | $0.00 |
| Other. Specify: Plan Review Fees | 05/05/2026 | $175.00 |
| Other. Specify: 410A Fee | | $0.00 |
| Other. Specify: Objection to Confirmation | 05/11/2026 | $175.00 |
| Other. Specify: | | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1332(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 Antonio Altieri ________
First Name Middle Name Last Name

Case Number: 26-14953-RAM

**Part 2:** Sign Below

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

[ ] I am the creditor.

[X] I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Christopher Giacinto
Signature

Date 10-15-2026

Print: Christopher Giacinto

Title Authorized Agent for Creditor

Company Padgett Law Group

Address 6267 Old Water Oak Road, Suite 203

Tallahassee FL, 32312

Contact phone (850) 422-2520

Email PLGinquiries@padgettlawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**In Re;**

**Antonio Altieri** **Case No.: 26-14953-RAM**

**Debtor(s)** **Chapter: 13**

**CERTIFICATE OF SERVICE**

I, hereby certify that on 10/21/2026, a true and correct copy of the foregoing document was served via United States Mail with ade quate prepaid postage and/or electronically via the Court's ECF system:

**Service by U.S. First Class Mail**

**Debtor**
Antonio Altieri
7620 Carlyle AVE APT 803
Miami Beach, FL 33141

**By Electronic Mail**
**Attorney for Debtor**
Jose A Blanco
Jose A. Blanco, P.A.
102 E 49th ST
Hialeah, FL 33013

**Trustee**
Nancy K. Neidich
www.ch13miami.com
POB 279806
Miramar, FL 33027

**US Trustee**
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

/s/ Christopher Giacinto